

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DG/BW
F. #2017R00930

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 17, 2022

By ECF

The Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Fernando Martinez Gomez
                Criminal Docket No. 22-65 (CBA)

Dear Judge Amon:

      The government respectfully submits this letter to request that the proceeding scheduled for March 24, 2022 in the above-captioned case be removed from the Court's calendar. The government understands that the defendant may be obtaining new counsel and will not be proceeding with the previously-scheduled arraignment and waiver of indictment.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s Benjamin Weintraub
        Benjamin Weintraub
        David Gopstein
        Assistant United States Attorneys
        (718) 254-6519/6153

cc:    Clerk of Court (CBA) (by ECF)
        Defense counsel (by ECF)