# UNITED STATES DISTRICT COURT

EASTERN  District of  NEW YORK

Plaintiff (s),

V.

FERNANDO MARTINEZ GOMEZ

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 22-CR-0065

Notice is hereby given that, subject to approval by the court, __Defendant Fernando Martinez Gomez__ substitutes
(Party (s) Name)

__Bruce Udolf, Esq.__, State Bar No. __(Florida) 0899933__ as counsel of record in
(Name of New Attorney)

place of __Lilly Ann Sanchez__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Bruce L. Udolf, P.A.
Address: 599 SW 2nd Avenue, Fort Lauderdale, FL 33301
Telephone: (954) 415-2260                Facsimile
E-Mail (Optional): budolf@bruceudolf.com

I consent to the above substitution.
Date: 03-22-2022                         _/s/ Bruce Udolf_
                                         (Signature of Party (s))

I consent to being substituted.
Date:                                    _____
                                         (Signature of Former Attorney (s))

I consent to the above substitution.
Date:                                    _____
                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                    _____
                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# UNITED STATES DISTRICT COURT

EASTERN **District of** NEW YORK

Plaintiff (s),
**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

FERNANDO MARTINEZ GOMEZ

CASE NUMBER: 22-CR-0065

Defendant (s),

Notice is hereby given that, subject to approval by the court, Defendant Fernando Martinez Gomez substitutes
(Party (s) Name)

Bruce Udolf, Esq. , State Bar No. (Florida) 0899933 as counsel of record in
(Name of New Attorney)

place of Lilly Ann Sanchez .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Bruce L. Udolf, P.A.
Address: 599 SW 2nd Avenue, Fort Lauderdale, FL 33301
Telephone: (954) 415-2260   Facsimile
E-Mail (Optional): budolf@bruceudolf.com

I consent to the above substitution.
Date:
(Signature of Party (s))

I consent to being substituted.
Date: March 23/22
*Lilly Ann Sanchez*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: March 23, 2022
*Bruce Udolf*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]