# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE Levy                                              DATE :  **3/24/2022**

DOCKET NUMBER:   22cr65(CBA)                                  LOG # : Courtroom 11B, 1:03-1:30

DEFENDANT'S NAME :   Fernando Gomez
               _X_  Present       ___ Not Present       ___ Custody    _x_ Bail

DEFENSE COUNSEL:      Bruce L. Udolf
               ___ Federal Defender      ___ CJA       _X_ Retained

A.U.S.A: Ben Weintraub                              CLERK:   Lewis Hugh

INTERPRETER :   Estrellita Plestid          (Language)   Spanish

___  Defendant arraigned on the : ___ indictment   ___ superseding indictment   ___ probation violation

___  Defendant pleads NOT GUILTY to ALL counts.

___  DETENTION HEARING Held.       ___ Defendant's first appearance.

  _x_  Bond set at   $500,000   .   Defendant _x_ released ___ held pending satisfaction of bond conditions.

  _X_  Defendant advised of bond conditions set by the Court and signed the bond.

  _2_  Sureties sworn, advised of bond obligations by the Court and signed the bond.

  ___  (Additional) surety/ies to co-sign bond by _____

  ___  After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___  Temporary Order of Detention Issued.  Bail Hearing set for _____

___  At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___  Order of Excludable Delay/Speedy Trial entered.  Start_____ Stop _____

___  Rule 5f warnings given to the Govt.      ___ Medical memo issued.

___  Defendant failed to appear, bench warrant issued.

___  Status conference set for _____ @ _____ before Judge _____

Other Rulings :   PTS Officer Chijioke Ezenyilimba present. $50,000 to Clerk of Court by end of business on 3/24/2022